UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARTURO ESTEVEZ,
                        Plaintiff,

            -against-

MY GREEN MATTRESS, INC.,
                        Defendants.
------------------------------------------------------------X

21 Civ. 8887 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated January 6, 2022, required the parties to file a joint status letter as outlined in Individual Rule IV.A.2 by March 14, 2022;

      WHEREAS, the parties failed to submit the letter.  It is hereby

      **ORDERED** that the parties shall file the joint status letter by **March 23, 2022**.

Dated: March 21, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE